IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY BROW** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:25-cv-65-HSO-BWR** |
| | § | |
| **LILIANA SALINAS RAMOS DE BROW,** *also known as* **LILIANA BROW** | § | **DEFENDANT** |

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

For the reasons given in the Court's Order entered this date, Plaintiff Jerry Brow's claims against Defendant Liliana Salinas Ramos de Brow will be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 22nd day of October, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE